UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ROBERT THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>B. STRINGER,<br><br>　　　　　　Defendant. | **1:22-cv-00174-DAD-GSA-PCPC**<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ENTERED ON FEBRUARY 15, 2022**<br><br>**(ECF No. 8.)**<br><br>**ORDER RESOLVING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2.)** |

　　　Floyd Robert Thomas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On February 15, 2022, the court entered findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied due to Plaintiff's ability to pay the $402.00 filing fee in full.  (ECF No. 8.)  On March 16, 2022, Plaintiff paid the $402.00 filing fee in full.  (Court docket.)

　　　In light of the fact that Plaintiff has paid the filing fee in full, the court shall withdraw the findings and recommendations issued on February 15, 2022.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations entered on February 15, 2022, are WITHDRAWN; and
2. Plaintiff's application to proceed *in forma pauperis*, filed on February 10, 2022, is RESOLVED.

IT IS SO ORDERED.

Dated:  **April 21, 2022**                             **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE