UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ROBERT THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>B. STRINGER,<br><br>    Defendant. | No. 1:22-cv-00174 NODJ GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS<br><br>PLAINTIFF'S CHANGE OF ADDRESS FORM DUE **FEBRUARY 22, 2024** |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. It is in the screening phase of the proceedings.

  A Court order sent to Plaintiff on Dec.1, 2023 was returned to this Court as undeliverable. For the reasons stated below, Plaintiff will be ordered to file a change of address form with the Court and do so within seven days.

I.  RELEVANT FACTS

  On December 14, 2023, an order related to the temporary reassignment of this matter was returned to this Court. The returned envelope was marked "Undeliverable, Inactive, Return to Sender, Refused, Unable to Forward." Based on its return date, Plaintiff had sixty-three days from that date to file a change of address form with the Court. Local Rule 183(b).

II. DISCUSSION

Local Rule 183 requires a party who is appearing in propria persona to keep the Court informed of his or her current address. L.R. 183(b). It also gives the litigant sixty-three days to file a change of address form with the Court once mail sent to him/her has been returned. Id. Under the rule, a litigant's failure to provide a change of address to the Court within this period subjects the matter to dismissal for failure to prosecute. Id.

More than sixty-three days has now passed since the order in question was returned to the Court on December 14, 2023, and Plaintiff has not filed a change of address with the Court. As a result, this matter is ripe for a recommendation that this matter be dismissed. However, given the markings on the order's returned envelope of "Undeliverable," "Inactive," and "Unable to forward," as well as the fact that Plaintiff has paid the filing fee in full in this matter, in an abundance of caution, the Court will presume Plaintiff still wishes to prosecute this action. Therefore, Plaintiff will be given a final opportunity to file a change of address form with the Court.

Plaintiff will be given seven days to file the change of address form. Plaintiff is cautioned that failure to timely file the form will result in a recommendation that this matter be dismissed for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall FILE a change of address form with the Court in compliance with Local Rule 183(b), and

2. The change of address form shall be filed no later than **February 22, 2024**.

**Plaintiff is cautioned that failure to file the change of address form within the time allotted will result in a recommendation that this matter be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **February 15, 2024**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2