UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ROBERT THOMAS,<br><br>           Plaintiff,<br><br>      v.<br><br>B. STRINGER,<br><br>           Defendant. | No.  1:22-cv-00174 NODJ GSA (PC)<br><br>FINDINGS AND RECOMMENDATIONS ORDER<br><br>ORDER RECOMMENDING MATTER BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 12)<br><br>PLAINTIFF'S OBJECTIONS DUE **MARCH 8 2024** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  For the reasons stated below, the undersigned will recommend that this matter be dismissed for failure to prosecute and for failure to obey a court order.

   I.   RELEVANT FACTS

On December 1, 2023, an order informing Plaintiff that the District Judge who had originally been assigned to this case had been elevated to a position on the Ninth Circuit Court of Appeals and that as a result, this case was to be reassigned to "No District Court Judge" status.

1

1  ECF No. 11. On December 14, 2023, the Court's order was returned as "Undeliverable, Inactive,
2  Return to Sender, Refused, Unable to Forward."  As a result Plaintiff had sixty-three days from
3  that date – or, until February 2, 2024, – to file his change of address information with the Court.
4  See Local Rule 183(b).
5      By February 15, 2024, Plaintiff had still not filed his change of address information with
6  the Court.  As a result, in an abundance of caution, the Court issued an order specifically directing
7  Plaintiff to file a change of address form with it and to do so within seven days.  ECF No. 12 at 2.
8  At that time, Plaintiff was warned that his failure to file the form would result in a
9  recommendation that this matter be dismissed for failure to prosecute.  Id.  As of today, February
10 23, 2024, Plaintiff has neither filed a change of address, or responded to the Court's order.
11     II.   DISCUSSION
12     Local Rule 183 requires a party who is appearing in propria persona to keep the Court
13 informed of his or her current address.  L.R. 183(b).  It also gives the litigant sixty-three days to
14 file a change of address form with the Court once mail sent to him/her has been returned.  Id.
15 Under the rule, a litigant's failure to provide a change of address to the Court within this period
16 subjects the matter to dismissal for failure to prosecute.  Id.
17     Although Plaintiff's copy of the Court's December 1, 2023, order was returned on
18 December 14, 2023, Plaintiff was properly served.  It is Plaintiff's responsibility to keep the
19 Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of
20 documents at the record address of a party is fully effective.
21     Given that Plaintiff has neither filed a change of address form with the Court within the
22 sixty-three-day period in accord with Local Rule 183(b), or responded to the Court's subsequent
23 order which specifically directed him to do so, the undersigned will recommend that this matter
24 be dismissed without prejudice for failure to prosecute and for failure to obey a court order.
25 Plaintiff will be given fourteen days to file objections.  However, his filing of a current address
26 form with the Court within this period will result in a vacation of these findings and
27 recommendations.
28     Accordingly, IT IS HEREBY RECOMMENDED that this matter be DISMISSED without

prejudice for failure to prosecute and for failure to obey a court order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

**Should Plaintiff file a change of address in this matter within the fourteen-day period given to file objections, this order will be vacated, and Plaintiff will be permitted to proceed in this action.**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations – **by March 8, 2024**, – Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **February 23, 2024**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE