# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **FLOYD ROBERT THOMAS ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:22–CV–00174–KES–GSA** |
| **B. STRINGER ,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/21/2025 .**

ENTERED:  **January 21, 2025**    /s/  **Keith Holland**
                                                     Clerk of Court